Astoria Bank
c/o Thomas & Graham LLP
One Hollow Lane
Suite 309
New Hyde Park, NY 11042


Scott Newcomb
26-35 Nostrand Avenue, Ap
Brooklyn, NY 11210


Scott Newcomb
26-35 Nostrand Avenue, #2
Brooklyn, NY 11210


Wells Fargo Bank NA
c/o Gross Polowy LLC
1775 Wehrle Drive
Suite 100
Buffalo, NY 14221


Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306