# Notice Recipients

District/Off: 0207−1     User: tguzman     Date Created: 3/28/2019
Case: 1−19−41797−cec     Form ID: 760     Total: 4

**Recipients of Notice of Electronic Filing:**
tr    Michael J. Macco    ecf@maccosternlaw.com
aty    Mark E Cohen    MECESQ2@aol.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Sherry Newcomb    141−34 72nd Drive    Flushing, NY 11367
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014

    TOTAL: 2