# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: tguzman | Date Created: 3/28/2019 |
| Case: 1−19−41797−cec | Form ID: 245 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
tr     Michael J. Macco     ecf@maccosternlaw.com
aty     Mark E Cohen     MECESQ2@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sherry Newcomb     141−34 72nd Drive     Flushing, NY 11367
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
9507754     Astoria Bank     c/o Thomas & Graham LLP     One Hollow Lane     Suite 309     New Hyde Park, NY 11042
9507756     Scott Newcomb     26−35 Nostrand Avenue, #2     Brooklyn, NY 11210
9507755     Scott Newcomb     26−35 Nostrand Avenue, Ap     Brooklyn, NY 11210
9507757     Wells Fargo Bank NA     c/o Gross Polowy LLC     1775 Wehrle Drive     Suite 100     Buffalo, NY 14221
9507758     Wells Fargo Home Mortgage     PO Box 10335     Des Moines, IA 50306

TOTAL: 7