# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: tguzman | Date Created: 3/28/2019 |
| Case: 1−19−41797−cec | Form ID: 309I | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Sherry Newcomb | 141−34 72nd Drive | Flushing, NY 11367 | | |
| tr | Michael J. Macco | 2950 Express Drive South | Suite 109 | Islandia, NY 11749 | |
| aty | Mark E Cohen | 108−18 Queens Blvd | Fourth Floor | Suite #3 | Forest Hills, NY 11375 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office) | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York, NY 10014 |
| 9507754 | Astoria Bank | c/o Thomas & Graham LLP | One Hollow Lane | Suite 309 | New Hyde Park, NY 11042 |
| 9507756 | Scott Newcomb | 26−35 Nostrand Avenue, #2 | Brooklyn, NY 11210 | | |
| 9507755 | Scott Newcomb | 26−35 Nostrand Avenue, Ap | Brooklyn, NY 11210 | | |
| 9507757 | Wells Fargo Bank NA | c/o Gross Polowy LLC | 1775 Wehrle Drive | Suite 100 | Buffalo, NY 14221 |
| 9507758 | Wells Fargo Home Mortgage | PO Box 10335 | Des Moines, IA 50306 | | |

TOTAL: 9